# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:13-CR-149-KJD-CWH |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| RODRIGUEZ MADDEN, | |
| Defendant. | |

Before the Court is Defendant Rodriguez Madden's Motion to Continue or Shorten Time for Hearing Currently Set for May 27 2014 (#95). The Government responded (#96) and is unopposed. The hearing pertains to Defendant's Motion for Appointment of [New] Counsel (#91). Accordingly, good cause appearing, the Hearing set for May 27, 2014 is **HEREBY RESET** for May 20, 2014 at 9:00 AM.

DATED this 14th day of May 2014.

_____
Kent J. Dawson
United States District Judge