RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JACQUELYN N. WITT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jackie_Witt@fd.org

Attorney for Rodriguez Madden

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-CR-00149-KJD-CWH-3 |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Third Request) |
| RODRIGUEZ MADDEN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason Frierson, United States Attorney, and Kenneth Nicholas Portz, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Rodriguez Madden, that the Revocation Hearing currently scheduled on November 3, 2022 at 10:00 am, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1.      Mr. Madden has a pending state case that is pertinent to the allegations in the Petition, and the parties request a continuance to ascertain the resolution of the state matter.

2.  Defense counsel needs additional time to investigate the allegations in the Petition and discuss the same with Mr. Madden.

3.  Mr. Madden is out of custody and agrees with the need to continue the revocation hearing.

4.  The parties agree to the continuance.

This is the third request for a continuance of the revocation hearing.

DATED this 2nd day of November 2022.

RENE L. VALLADARES
Federal Public Defender

JASON FRIERSON
United States Attorney

*/s/ Jacquelyn N. Witt*
By_____
JACQUELYN N. WITT
Assistant Federal Public Defender

*/s/ Kenneth Nicholas Portz*
By_____
KENNETH NICHOLAS PORTZ
Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-cr-00149-KJD-CWH-3 |
| Plaintiff, | **ORDER** |
| v. | |
| RODRIGUEZ MADDEN, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Thursday, November 3, 2022 at 10:00 a.m., be vacated and continued to January 31, 2023 at the hour of 10:00 a.m.; or to a time and date convenient to the court in courtroom 4A.

DATED this 2nd day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE

3