RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JACQUELYN N. WITT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jackie_Witt@fd.org

Attorney for Rodriguez Madden

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RODRIGUEZ MADDEN, <br><br> Defendant. | Case No. 2:13-cr-00149-KJD-CWH-3 <br><br> **STIPULATION TO CONTINUE REVOCATION HEARING** <br> (Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason Frierson, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Rodriguez Madden, that the Revocation Hearing currently scheduled on January 31, 2023 at 10:00 am, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to discuss this matter with Mr. Madden.

2. Defense counsel requires additional time to conduct necessary investigation regarding the allegations in the Petition and prepare, if necessary, for the revocation hearing.

3. Mr. Madden is out of custody and does not oppose the continuance.

4. The parties agree to the continuance.

This is the fourth request for a continuance of the revocation hearing.

DATED this 23rd day of January 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON FRIERSON<br>United States Attorney |
|    */s/ Jacquelyn N. Witt*<br>By_____<br>JACQUELYN N. WITT<br>Assistant Federal Public Defender |    */s/ Robert Knief*<br>By_____<br>ROBERT KNIEF<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-cr-00149-KJD-CWH-3 |
| Plaintiff, | **ORDER** |
| v. | |
| RODRIGUEZ MADDEN, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, January 31, 2023 at 10:00 a.m., be vacated and continued to February 22, 2023 at the hour of 11:00 a.m.; or to a time and date convenient to the court in courtroom 4A.

DATED this 24th day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE